**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| PROFICIO MORTGAGE VENTURES, LLC, | |
| Plaintiff, | 2:15-cv-00510-RFB-VCF |
| vs. | **ORDER** |
| THE FEDERAL SAVINGS BANK, | |
| Defendant. | |

Before the court are Plaintiff's Motion for Protective Order and/or to Quash Defendant's Subpoenas to Non-Parties (#38) and Non-party North American Marketing, Inc.'s Motion to Quash Defendant's Subpoenas to Non-Parties (#39).

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion for Protective Order and/or to Quash Defendant's Subpoenas to Non-Parties (#38) and Non-party North American Marketing, Inc.'s Motion to Quash Defendant's Subpoenas to Non-Parties (#39) is scheduled for 3:00 p.m., April 13, 2016, in courtroom 3D.

DATED this 18th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE