JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
bundickj@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

CHRISTI A. LAWSON, ESQ.
clawson@foley.com
(admitted *pro hac vice*)
THOMAS S. CARGILL, ESQ.
tcargill@foley.com
(admitted *pro hac vice*)
FOLEY & LARDNER LLP
111 North Orange Ave., Suite 1800
Orlando, Florida 32801-2386
Telephone: (407) 423-7656
Facsimile: (407) 648-1743

*Counsel for Plaintiff*
*Proficio Mortgage Ventures, LLC*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROFICIO MORTGAGE VENTURES. LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE FEDERAL SAVINGS BANK,<br><br>Defendant. | Case No. 2:15-CV-510-RFB-(VCF)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES**<br><br>(Fifth Request) |

    Plaintiff, Proficio Mortgage Ventures, LLC ("Proficio") and Defendant, The Federal Savings Bank ("TFSB"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

    Pursuant to Local Rules of Civil Practice 6-1 and 26-4, the parties state as follows:

**I.  DISCOVERY THAT HAS BEEN COMPLETED**

    **A.  Plaintiff's Discovery**

1

(a) Plaintiff's Initial Disclosures and documents served June 16, 2015;

(b) Plaintiff's First Set of Interrogatories served August 18, 2015;

(c) Plaintiff's First Set of Requests for Production served on August 18, 2015;

(d) Plaintiff's Answers to Defendant's First Set of Interrogatories served on October 8, 2015;

(e) Plaintiff's Responses to Defendant's First Set of Requests for Production served on October 8, 2015;

(f) Plaintiff's Second Set of Interrogatories served on February 11, 2016;

(g) Plaintiff's Second Requests for Production served on February 11, 2016;

(h) The depositions of four (4) principal witnesses, Naranjo, O'Brien, Russell and Gomez, have been completed;

(i) Plaintiff provided Defendant its damages calculations, to date, on January 13, 2016;

(j) Plaintiff submitted supplemental discovery production to Defendant on January 25, 2016;

(k) Plaintiff's Responses to Defendant's Second Set of Requests for Production and discovery production were served on March 3, 2016;

(l) On June 9-10, 2016, the parties conducted depositions of two (2) TFSB representatives.

(m) The parties have scheduled depositions of fifteen (15) fact witnesses during the months of June and July, 2016.

**B.      Defendant's Discovery**

(a) Defendant's Initial Disclosures and documents served on June 15, 2015;

(b) Defendant's First Set of Interrogatories and Document Requests served on September 3, 2015;

(c) Defendant's Answers to Plaintiff's First Set of Interrogatories and Requests for Production on September 22, 2015;

(d) The depositions of four (4) principal witnesses, Naranjo, O'Brien, Russell and Gomez, have been completed;

(e) Defendant's Second Set of Document Requests served on January 27, 2016;

(f) On January 27, 2016, Defendant noticed Subpoenas for Documents to non-parties Evofi One Mortgage, First National Bank of Layton, North American Marketing, Inc., and Resolute Bank.

(g) Defendant's Answers to Plaintiff's Second Set of Interrogatories served on March 14, 2016;

(h) Defendant's Responses to Plaintiff's Second Request for Production served on March 14, 2016;

(i) Defendant revised and supplemented its answers and production to Plaintiff's Second Interrogatories and Second Request for Production.

(j) On June 9-10, 2016, the parties conducted depositions of two (2) TFSB representatives.

(k) The parties have scheduled depositions of fifteen (15) fact witnesses during the months of June and July, 2016.

## II. DISCOVERY TO BE COMPLETED

The parties have completed the bulk of document exchange. However, depositions of at least fifteen (15) fact witnesses will be conducted during June and July, 2016. Once the aforementioned fact discovery is completed, the parties and their designated experts will require time to complete their reporting/analysis and conduct depositions of the expert witnesses.

## III. REASONS WHY THE DEADLINE CANNOT BE SATISFIED

The parties believe that their experts need additional time to complete their respective analysis in light of the strong likelihood that upcoming fact witness depositions will reveal facts and evidence that will significantly impact the experts' reporting/analysis. Therefore, the parties will comply with the current deadlines for *identifying* their experts, providing the experts' *credentials*, and *designating topics* on which those experts will testify. However, the parties are

LV 420714167v1

seeking to extend the deadlines in which to provide the expert reports/analysis to the other party, and extend the deadlines for the depositions of such experts. The parties do not seek to modify any other non-expert deadlines set forth in the current discovery schedule. The parties continue to work diligently to complete discovery. This request is not made for the purpose of delay, but to allow for a just adjudication of the case on the merits. The parties agree that they will not be prejudiced by a delay.

With respect to the deadline to disclose initial experts, which is less than twenty-one (21) days from the date of this Stipulation, the facts and circumstances demonstrate excusable neglect for failure to act within the 21-day deadline imposed by Local Rule 26-4. The parties have continued to act diligently in scheduling and conducting discovery, and in discussing potential resolutions to this case up and through the date of this stipulation. Due to the number of remaining fact witnesses to be deposed and the geographic dispersal of the various witnesses, it has not proven feasible to complete the fact witness depositions necessary to allow the parties' experts to prepare complete and comprehensive reports.

**IV.  PROPOSED AMENDED DISCOVERY SCHEDULE**

In light of the above, the parties stipulate and agree, subject to this Court's approval, to the following discovery schedule:

A. <u>Discovery Cut-off Date</u>. The deadline to complete *fact* discovery shall remain August 19, 2016.

B. <u>Initial Expert Disclosure</u>. The deadline to disclose initial experts shall remain June 17, 2016, ***but limited to the experts' identities, credentials, and topics upon which the experts will testify.***

C. <u>Initial Expert Report</u>. The deadline for the Parties to serve their initial expert report(s) shall be extended from June 17, 2016 **to July 28, 2016.**

D. <u>Rebuttal Expert Disclosure</u>. The deadline to disclose rebuttal experts shall remain July 18, 2016, ***but limited to the experts' identities, credentials, and topics upon which the experts will testify.***

LV 420714167v1

E. <u>Rebuttal Expert Report</u>. The deadline for the Parties to serve rebuttal expert report(s) shall be extended from July 28, 2016 **to August 19, 2016.**

F. <u>Expert Depositions</u>. The parties may conduct expert depositions through **September 7, 2016**.

G. <u>Dispositive Motions</u>. The deadline to file dispositive motions shall remain September 19, 2016.

H. <u>Joint Pretrial Order</u>. The deadline to file the Joint Pretrial Order shall remain October 19, 2016.

I. <u>Pretrial Disclosures</u>. The deadline to disclose witnesses under Rule 26(a)(3) of the Federal Rules of Civil Procedure and any objections thereto shall remain July 25, 2015.

The Parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

Respectfully submitted this 14th day of June, 2016.

| | |
|---|---|
| GREENBERG TRAURIG, LLP | GOZDECKI, DEL GIUDICE, AMERICUS, FARKAS & BROCATO LLP |
| By: s/ Thomas S. Cargill<br>JACOB D. BUNDICK, ESQ.<br>Nevada Bar No. 9772<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, Nevada 89169<br><br>CHRISTI A. LAWSON, ESQ.<br>(*admitted pro hac vice*)<br>Thomas S. Cargill, Esq.<br>(*pro hac vice pending*)<br>FOLEY & LARDNER LLP<br>111 North Orange Ave., Suite 1800<br>Orlando, Florida 32801-2386<br><br>*Counsel for Plaintiff*<br>*Proficio Mortgage Ventures, LLC* | By: s/ Steven H. Leech<br>David S. Americus (*admitted pro hac vice*)<br>Steven H. Leech (*admitted pro hac vice*)<br>GOZDECKI, DEL GIUDICE, AMERICUS, FARKAS & BROCATO LLP<br>One East Wacker Drive, Suite 1700<br>Chicago, IL 60601<br>Telephone: 312.782.5010<br>Facsimile: 312.782.4324<br>E-mail: d.americus@gozdel.com<br>  s.leech@gozdel.com<br><br>Jeff Silvestri (#5779)<br>Joseph P. Schrage (#11270)<br>McDONALD CARANO WILSON LLP<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>Telephone: 702.873.4100<br>Facsimile: 702.874.9966<br>E-mail: jsilvestri@mcdonaldcarano.com<br>  jschrage@mcdonaldcarano.com<br><br>*Counsel for Defendant Federal Savings Bank* |

LV 420714167v1

The Pretrial disclosure deadline is July 15, 2016.

**ORDER**

**IT IS SO ORDERED**.

Dated: June 15, 2016

_____
U.S. MAGISTRATE JUDGE

SUBMITTED BY:

GREENBERG TRAURIG, LLP

By: s/ Thomas S. Cargill
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

CHRISTI A. LAWSON, ESQ.
(admitted *pro hac vice*)
THOMAS S. CARGILL, Esq.
(admitted *pro hac vice*)
FOLEY & LARDNER LLP
111 North Orange Ave., Suite 1800
Orlando, Florida 32801-2386

*Counsel for Plaintiff*
*Proficio Mortgage Ventures, LLC*

6

LV 420714167v1