# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

PROFICIO MORTGAGE VENTURES, LLC,

    Plaintiff,

vs.

THE FEDERAL SAVINGS BANK,

    Defendant.

2:15-cv-00510-RFB-VCF

**ORDER**

Before the court is the Motion for Leave to Reopen Deposition (ECF No. 63).

IT IS HEREBY ORDERED that a hearing on the Motion for Leave to Reopen Deposition (ECF No. 63) is scheduled for 2:00 p.m., July 22, 2016, in courtroom 3D.

DATED this 13th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE