JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
bundickj@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Tel: (702) 792-3773 / Fax: (702) 792-9002

CHRISTI A. LAWSON, ESQ.
clawson@foley.com
(admitted *pro hac vice*)
THOMAS S. CARGILL, ESQ.
tcargill@foley.com
(admitted *pro hac vice*)
FOLEY & LARDNER LLP
111 North Orange Ave., Suite 1800
Orlando, Florida 32801-2386
Tel: (407) 423-7656 / Fax: (407) 648-1743
*Counsel for Plaintiff*
*Proficio Mortgage Ventures, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROFICIO MORTGAGE VENTURES. LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE FEDERAL SAVINGS BANK,<br><br>　　　　　Defendant. | Case No. 2:15-CV-510-RFB-(VCF)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR LEAVE TO REOPEN DEPOSITION** |

　　Plaintiff, Proficio Mortgage Ventures, LLC ("Proficio") and Defendant, The Federal Savings Bank ("TFSB"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

　　The Parties respectfully request that the Court continue the hearing in the above-captioned case because the attorneys for the parties are conducting a deposition in the above-captioned case in Salt Lake City, Utah on the date previously set for the hearing of the above-referenced Motion.

1

1  The Parties propose the following two (2) alternative hearing dates: (i) August 9, 2016 or (ii) August 10, 2016.

2  The Parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose. The attorneys for the parties are conducting the deposition of a witness in the above-referenced case in Salt Lake City, Utah at the current time this matter is to be heard.

3  Respectfully submitted this 20th day of July, 2016.

| GREENBERG TRAURIG, LLP | GOZDECKI, DEL GIUDICE, AMERICUS, FARKAS & BROCATO LLP |
|---|---|
| By: s/*Jacob D. Bundick* <br> JACOB D. BUNDICK, ESQ. <br> Nevada Bar No. 9772 <br> 3773 Howard Hughes Parkway, #400N <br> Las Vegas, Nevada 89169 <br><br> CHRISTI A. LAWSON, ESQ. <br> (*admitted pro hac vice*) <br> Thomas S. Cargill, Esq. <br> (*pro hac vice pending*) <br> FOLEY & LARDNER LLP <br> 111 North Orange Ave., Suite 1800 <br> Orlando, Florida 32801-2386 <br> *Counsel for Plaintiff* <br> *Proficio Mortgage Ventures, LLC* | By:  s/*Steven H. Leech* <br> David S. Americus (*admitted pro hac vice*) <br> Steven H. Leech (*admitted pro hac vice*) <br> GOZDECKI, DEL GIUDICE, AMERICUS, FARKAS & BROCATO LLP <br> One East Wacker Drive, Suite 1700 <br> Chicago, IL  60601 <br> Tel:  312.782.5010 / Fax:  312.782.4324 <br> E-mail:  d.americus@gozdel.com <br>          s.leech@gozdel.com <br><br> Jeff Silvestri (#5779) <br> Joseph P. Schrage (#11270) <br> McDONALD CARANO WILSON LLP <br> 2300 W. Sahara Avenue, Suite 1200 <br> Las Vegas, NV  89102 <br> Tel: 702.873.4100 / Fax:  702.874.9966 <br> E-mail:  jsilvestri@mcdonaldcarano.com <br>          jschrage@mcdonaldcarano.com <br> *Counsel for Defendant Federal Savings Bank* |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

Case No. 2:15-cv-510-RFB-VCF

### ORDER

**IT IS SO ORDERED**.

Dated: 7-21-2016

_____
U.S. MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the hearign scheduled for July 22, 2016 is VACATED and rescheduled to 1:00 p.m., August 10, 2016, in courtroom 3D.

SUBMITTED BY:

GREENBERG TRAURIG, LLP

By: /s/ *Jacob D. Bundick*
JACOB D. BUNDICK, ESQ.
(Nevada Bar No. 9772)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

CHRISTI A. LAWSON, ESQ.
(admitted *pro hac vice*)
THOMAS S. CARGILL, Esq.
(admitted *pro hac vice*)
FOLEY & LARDNER LLP
111 North Orange Ave., Suite 1800
Orlando, Florida 32801-2386

*Counsel for Plaintiff*
*Proficio Mortgage Ventures, LLC*

3

LV 420741896v1