# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| PROFICIO MORTGAGE VENTURES, LLC, | |
| Plaintiff, | 2:15-cv-00510-RFB-VCF |
| vs. | **MINUTE ORDER** |
| THE FEDERAL SAVINGS BANK, | |
| Defendant. | |

Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the hearing on Proficio Mortgage Ventures, LLC's Motion for Leave to Reopen Deposition of Frank Eric Naranjo (ECF No. 63), scheduled for 1:00 p.m., August 10, 2016 is VACATED and RESCHEDULED to 3:30 p.m., August 16, 2016, in courtroom 3D.

DATED this 8th day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE