JEFF SILVESTRI
Nevada State Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.874.9966
E-mail: jsilvestri@mcdonaldcarano.com

DAVID S. AMERICUS *(pro hac vice)*
STEVEN H. LEECH *(pro hac vice)*
GOZDECKI, DEL GIUDICE, AMERICUS,
    FARKAS & BROCATO LLP
One East Wacker Drive, Suite 1700
Chicago, IL 60601
Telephone: 312.782.5010
Facsimile: 312.782.4324
E-mail: d.americus@gozdel.com
        s.leech@gozdel.com

*Counsel for Defendant Federal Savings Bank*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROFICIO MORTGAGE VENTURES. LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>THE FEDERAL SAVINGS BANK,<br><br>   Defendant. | Case No. 2:15-CV-510-RFB-(VCF)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>(First Request) |

Plaintiff, Proficio Mortgage Ventures, LLC ("Proficio"), and Defendant, The Federal Savings Bank ("TFSB"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

**I.       INTRODUCTION**

The parties respectfully request a 14 day extension of the deadline to file responses to the pending Motions for Summary Judgment, which were filed on January 27, 2017 (Dkts. 89 and 90). Pursuant to Local Rule of Civil Practice 6-1, the parties state as follows:

1

**II.     REASONS FOR EXTENSION**

The parties have filed lengthy Summary Judgment Motions that address issues central to the case. The discovery record in this case is considerable, as the parties have conducted over 20 depositions and have produced over 58,000 pages of documents. In light of the importance and complexity of the pending Motions for Summary Judgment, and the considerable discovery record that must be reviewed in preparing responses to the Motions, as well as other professional obligations of counsel (referenced below), the parties respectfully request a 14 day extension to the deadline to file responses to the Motions for Summary Judgment. Such extension is not sought for purposes of delay, but rather to provide the parties with adequate time to prepare responses to the pending Motions for Summary Judgment.

The other obligations of counsel referenced above include Defendant's counsel's need to prepare responses to dispositive motions in other cases, the need to prepare an appellant brief, and issues involving requests for emergency injunctive relief.

**III.    PROPOSED AMENDED SCHEDULE**

In light of the above, the parties stipulate and agree, subject to this Court's approval, to the following schedule:

    A.    <u>Responses to Motions for Summary Judgment</u>.  The deadline to file Responses to the pending Motions for Summary Judgment (Dkts. 89 and 90) shall be extended to **March 3, 2017**.

The Parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

Respectfully submitted this 15th day of February, 2017.

2

4829-4664-4542.1

| | |
|---|---|
| GREENBERG TRAURIG, LLP | GOZDECKI, DEL GIUDICE, AMERICUS, FARKAS & BROCATO LLP |
| By: s/ Thomas S. Cargill<br>JACOB D. BUNDICK, ESQ.<br>Nevada Bar No. 9772<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, Nevada 89169<br><br>CHRISTI A. LAWSON, ESQ.<br>(*admitted pro hac vice*)<br>THOMAS S. CARGILL, Esq.<br>(admitted *pro hac vice*)<br>FOLEY & LARDNER LLP<br>111 North Orange Ave., Suite 1800<br>Orlando, Florida 32801-2386<br><br>*Counsel for Plaintiff*<br>*Proficio Mortgage Ventures, LLC* | By:  s/ Steven H. Leech<br>David S. Americus *(admitted pro hac vice )*<br>Steven H. Leech *(admitted pro hac vice )*<br>GOZDECKI, DEL GIUDICE, AMERICUS, FARKAS & BROCATO LLP<br>One East Wacker Drive, Suite 1700<br>Chicago, IL  60601<br>Telephone:  312.782.5010<br>Facsimile:   312.782.4324<br>E-mail:  d.americus@gozdel.com<br>  s.leech@gozdel.com<br><br>Jeff Silvestri (#5779)<br>McDONALD CARANO WILSON LLP<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, NV  89102<br>Telephone:  702.873.4100<br>Facsimile:   702.874.9966<br>E-mail:   jsilvestri@mcdonaldcarano.com<br><br>*Counsel for Defendant Federal Savings Bank* |

## **ORDER**

**IT IS SO ORDERED**.

Dated: February 16, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

SUBMITTED BY:

  GOZDECKI, DEL GIUDICE, AMERICUS,
    FARKAS & BROCATO LLP

By:   /s Steven H. Leech

  David S. Americus *(admitted pro hac vice)*
  Steven H. Leech *(admitted pro hac vice)*
  GOZDECKI, DEL GIUDICE, AMERICUS,
    FARKAS & BROCATO LLP
  One East Wacker Drive, Suite 1700
  Chicago, IL  60601
  Telephone:  312.782.5010

3

4829-4664-4542.1

1  Facsimile:   312.782.4324
   E-mail:   d.americus@gozdel.com
2   s.leech@gozdel.com

3  Jeff Silvestri (#5779)
   2300 W. Sahara Avenue, Suite 1200
4  Las Vegas, NV  89102
   Telephone:  702.873.4100
5  Facsimile:   702.874.9966
   E-mail:   jsilvestri@mcdonaldcarano.com

4

4829-4664-4542.1