JEFF SILVESTRI (NSBN 5779)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.874.9966
E-mail: jsilvestri@mcdonaldcarano.com
        kgallagher@mcdonaldcarano.com

DANIEL S. HEFTER (admitted *pro hac vice*)
HEFTER LAW, LTD.
22 W. Washington, Suite 1500
Chicago, IL 60602
Telephone: 312.264.6565
Facsimile: 312.854.8001
E-mail: dhefter@hefter-law.com

*Counsel for Defendant The Federal Savings Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROFICIO MORTGAGE VENTURES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE FEDERAL SAVINGS BANK,<br><br>    Defendant.<br>_____<br>NORTH AMERICAN MARKETING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE FEDERAL SAVINGS BANK,<br><br>    Defendant. | Case No. 2:15-cv-00510-RFB-VCF<br><br>This Document Relates To:<br>2:17-cv-00510-RFB-VCF<br><br>**STIPULATION AND ORDER RE:**<br>**DECEMBER 22, 2017 ORDER SETTING**<br>**HEARING (ECF No. 141)**<br><br>*Consolidated with:*<br>Case No. 2:17-cv-01998-RFB-VCF |

    Plaintiff and defendant, through their respective counsel, stipulate, agree and respectfully request that the Court vacate the January 2, 2018 hearing set on Plaintiff's Motion to File Exhibits Under Seal re: Plaintiff Proficio Mortgage Ventures, LLC's Motion for Protective Order and/or to Quash Defendant's 30(b)(6) Subpoena on PMV (ECF No. 139) and Motion for Protective Order and/or to Quash Defendant's 30(b)(6) Subpoena on PMV (ECF No. 140). Defendant The Federal

Savings Bank has agreed to withdraw the Fed. R. Civ. P. 30(b)(6) Subpoena that is the subject of Plaintiff's Motion for Protective Order and related Motion to Seal. Plaintiff has agreed not to prosecute the Motion for Protective Order and the parties respectfully request that the Court deem the Motion for Protective Order and the Motion to Seal withdrawn and vacate the January 2, 2018 hearing.

RESPECTFULLY SUBMITTED this 28th day of December, 2017.

GREENBERG TRAURIG, LLP

By: /s/ Jacob D. Bundick
Jacob D. Bundick
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
E-mail: bundickj@gtlaw.com

FOLEY & LARDNER LLP
Christi A. Lawson
111 N. Orange, Suite 1800
Orlando, FL 32801
Telephone: (407) 423-7656
E-mail: clawson@foley.com

*Counsel for Plaintiff Proficio Mortgage, Ventures, LLC*

McDONALD CARANO LLP

By: /s/ Kristen T. Gallagher
Kristen T. Gallagher
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
E-mail: kgallagher@mcdonaldcarano.com

Daniel S. Hefter
HEFTER LAW, LTD.
22 W. Washington, Suite 1500
Chicago, IL 60601
Telephone: (312) 264-6565
E-mail: dhefter@hefter-law.com

*Counsel for Defendant The Federal Savings Bank*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-29-2017