# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

PROFICIO MORTGAGE VENTURES, LLC,

    Plaintiff,

vs.

THE FEDERAL SAVINGS BANK,

    Defendant.

2:15-cv-00510-RFB-VCF

**ORDER**

Before the Court is the Motion for Extension of Time to File Joint Pre-Trial Report (ECF No. 146). Plaintiff seeks an extension of time up to April 9, 2018, to file the Joint Pre-Trial Report.

Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed and the time to file an opposition has passed.

Accordingly,

IT IS HEREBY ORDERED that the Motion for Extension of Time to File Joint Pre-Trial Report (ECF No. 146) is GRANTED.

IT IS FURTHER ORDERED that the Joint-Pretrial Order must be filed on or before April 10, 2018.

The Clerk of Court is directed to strike Defendant's proposed Pretrial Oder (ECF No. 149).

DATED this 6th day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE