Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
kgallagher@mcdonaldcarano.com

Daniel S. Hefter (admitted *pro hac vice*)
HEFTER LAW, LTD.
332 S. Michigan Ave., Suite 900
Chicago, IL 60604
Telephone: 312.264.6565
dhefter@hefter-law.com

*Attorneys for Defendant The Federal Savings Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROFICIO MORTGAGE VENTURES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE FEDERAL SAVINGS BANK,<br><br>Defendant. | Case No. 2:15-cv-00510-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT THE FIRST SAVINGS BANK TO: (1) RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS (ECF No. 328); AND (2) OBJECT TO PLAINTIFF'S BILLS OF COSTS (ECF Nos. 326, 327)**<br><br>(First Request) |

Defendant The Federal Savings Bank ("TFSB") respectfully requests that the Court extend the deadline for TFSB to file its response to PMV's Motion for Attorneys' Fees and Costs (ECF No. 328); and to Object to PMV's Bills of Costs (ECF Nos. 326, 327) by sixty (60) days, from May 3, 2024 to July 3, 2024. Plaintiff Proficio Mortgage Ventures, LLC ("PMV") consents to the requested extension. This is the first request to extend the deadline.

TFSB seeks the requested extension to account for a pre-scheduled out of the country vacation for Daniel Hefter, TFSB's lead counsel, and TFSB's expert retained for purposes of responding to the pending motion for fees, costs and prejudgment interest; and to permit time for TFSB to fully respond to the requested fees, costs and prejudgment interest sought by PMV, as

well as object to the Bills of Costs. PMV has consented to the requested extension. The undersigned represent that this stipulation is not designed for purposes of delay.

DATED this 30th day of April, 2024.

| McDONALD CARANO LLP | FOLEY & LARDNER LLP |
|---|---|
| By: /s/ Kristen T. Gallagher<br>Kristen T. Gallagher<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>Telephone: (702) 873-4100<br>kgallagher@mcdonaldcarano.com<br><br>Daniel S. Hefter<br>HEFTER LAW, LTD.<br>332 S. Michigan Ave., Suite 900<br>Chicago, IL 60604<br>Telephone: (312) 264-6565<br>dhefter@hefter-law.com<br><br>*Attorneys for Defendant The Federal Savings Bank* | By: /s/ Christi A. Lawson<br>Christi A. Lawson<br>Emily J. Lang<br>111 N. Orange, Suite 1800<br>Orlando, FL 32801<br>Telephone: (407) 423-7656<br>clawson@foley.com<br>elang@foley.com<br><br>Jacob D. Bundick<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br>Telephone: (702) 792-3773<br>bundickj@gtlaw.com<br><br>*Attorneys for Plaintiff Proficio Mortgage Ventures, LLC* |

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 5/2/2024